IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JESSICA REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-356-LPS-MPT |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

At Wilmington, this 6th day of **January, 2012.**

WHEREAS, this Order is issued upon consideration of the Report and Recommendation (D.I. 26) of Magistrate Judge Mary Pat Thynge, issued on July 12, 2011, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objection having been received. Therefore,

IT IS HEREBY ORDERED that:

1. Magistrate Judge Thynge's Report and Recommendation (D.I. 26) is hereby ADOPTED.

2. Plaintiff's motion for summary judgment (D.I. 21) is DENIED.

3. Defendant's cross-motion for summary judgment (D.I. 23) is GRANTED.

4. The Clerk is directed to enter judgment in favor of Defendant and against Plaintiff.

_____
UNITED STATES DISTRICT JUDGE